_____
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 17-01444-JLS (KES)            Date:  November 29, 2017

Title:  Clear Creek Consulting, Inc. v. Optima Tax Relief, LLC. et al

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (In Chambers) SCHEDULING ORDER

On the Court's own motion, the Scheduling Conference set for hearing December 8, 2017, is VACATED and taken off calendar, and the following dates are set. Counsel's attention is directed to the Court's Civil Trial Order filed concurrently with this Minute Order. Generally, motions should be set for hearing on the Court's first available date. Finally, the dates below have been adjusted in accordance with the Order Setting Scheduling Conference and will not be continued absent a showing of good cause.  *See* Fed. R. Civ. P. 16(b)(4).

| | |
|---|---|
| Last Day to File a Motion to Add Parties and Amend Pleadings: | February 6, 2018 |
| Fact Discovery Cut-off: | September 11, 2018 |
| Last Day to File Motions (excluding *Daubert* Motions and all other Motions in Limine): | September 21, 2018 |
| Last Day to Serve Initial Expert Reports: | September 25, 2018 |
| Last Day to Serve Rebuttal Expert Reports: | October 23, 2018 |
| Last Day to Conduct Settlement Proceedings: | November 13, 2018 |
| Expert Discovery Cut-off: | November 16, 2018 |
| Last Day to File *Daubert* Motions: | November 30, 2018 |
| Last Day to File Motions in Limine (excluding *Daubert* motions): | December 14, 2018 |
| Final Pretrial Conference (1:30 p.m.): | January 11, 2019 |

_____

_____
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 17-01444-JLS (KES)                                    Date:  November 29, 2017

Title:  Clear Creek Consulting, Inc. v. Optima Tax Relief, LLC. et al

Exhibit Conference (3:30 p.m.):                                      February 1, 2019

Jury Trial (9:00 a.m.):                                              February 5, 2019

Trial Estimate:                                                      3-4 days

                                                                     Initials of Preparer:  tg

_____
**CIVIL MINUTES – GENERAL**                                                          2