**LEWIS BRISBOIS BISGAARD & SMITH LLP**
DANIEL C. DECARLO, SB# 160307
  E-Mail: Dan.DeCarlo@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Plaintiff CLEAR CREEK CONSULTING, INC.

**SYVERSON, LESOWITZ, & GEBELIN LLP**
STEVEN T. GEBELIN SB# 261507
  E-Mail: steven@syversonlaw.com
2029 Century Park East, Suite 2910
Los Angeles, California 90067
Telephone: (310) 341-3072
Facsimile:  (310) 341-3070

Attorneys for Defendant OPTIMA TAX RELIEF, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| Clear Creek Consulting, Inc., a Colorado Corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Optima Tax Relief, LLC., a Delaware Limited Liability Company; and DOES 1-10,<br><br>　　　　Defendant. | CASE NO. 8:17-cv-01444-JLS (KES)<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>The Hon. Josephine L. Staton<br><br>Action Filed:　Aug. 22, 2017<br>Trial Date:　　February 5, 2019 |

4812-3543-3848.1

JOINT NOTICE OF SETTLEMENT

Plaintiff Clear Creek Consulting, Inc. and Defendant Optima Tax Relief, LLC (hereinafter, "the Parties"), jointly notify the court that a settlement has been reached in the above-captioned case. The Parties, therefore, apply to this Honorable Court to enter an order vacating all currently set proceedings with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 30 days of the entry of such an order.

DATED: October 16, 2018      DANIEL C. DECARLO
                             LEWIS BRISBOIS BISGAARD & SMITH LLP

                             By: */s/ Daniel C. DeCarlo*
                                 Daniel C. DeCarlo
                                 Attorneys for Plaintiff CLEAR CREEK CONSULTING, INC.

DATED: October 16, 2018      STEVEN T. GEBELIN
                             SYVERSON, LESOWITZ, & GEBELIN LLP

                             By: */s/ Steven T. Gebelin*
                                 Steven T. Gebelin
                                 Attorney for Defendant OPTIMA TAX RELIEF, LLC

Pursuant to L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.