1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

Clear Creek Consulting, Inc., a
Colorado Corporation,

                    Plaintiff,

          vs.

Optima Tax Relief, LLC., a Delaware
Limited Liability Company; and DOES
1-10,

                    Defendant.

CASE NO. 8:17-cv-01444-JLS (KES)

**[PROPOSED] ORDER**

The Hon. Josephine L. Staton

Action Filed:    Aug. 22, 2017
Trial Date:      February 5, 2019

## <u>ORDER</u>

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 30 days. The Court sets a Status Conference/OSC for _____ at _____ a.m./p.m. at which time the parties, by and through their attorneys of record, shall show cause as to why this case has not been dismissed. If this case is dismissed prior to this hearing, the hearing will be automatically vacated and no appearance shall be required.

**IT IS SO ORDERED.**

Dated: _____          _____
                                         HONORABLE JOSEPHINE L. STATON
                                              United States District Judge